Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





GERARDO MALDONADO,
INDIVIDUALLY,


 Appellant,


v.


HENRY TAYLOR, INDIVIDUALLY
AND D/B/A HENRY TAYLOR
INVESTMENTS,


 Appellee. 
§


 


§


 


§


 


§


 


§



§


 §


No. 08-08-00234-CV



Appeal from


 327th District Court


of El Paso County, Texas


(TC # 2006-4803)




MEMORANDUM OPINION



 Pending before the Court is an agreed motion to affirm the judgment of the trial court
pursuant to Tex.R.App.P. 42.1(a)(2) which permits this Court to render judgment effectuating the
parties' agreement. We therefore grant the motion and affirm the judgment of the trial court in
accordance with the agreement of the parties. The parties' agreement does not reflect how costs
should be allocated. Accordingly, costs are taxed against Appellant. See Tex.R.App.P. 42.1(d).


April 9, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.

Chew, C.J., not participating